**CHARLES ALVAREZ ESQ., LLC**
149 Washington Street
Bloomfield, New Jersey
(973)404-0847
Attorney for Defendant

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| | :: | DISTRICT OF NEW JERSEY |
| *Plaintiff,* | :: | |
| | :: | |
| | :: | Mag. No. 19-1564 (DEA) |
| *vs.* | :: | |
| | :: | CRIMINAL ACTION |
| MICHAEL LINARES, | :: | |
| | :: | <u>CONSENT ORDER</u> |
| *Defendant(s)* | :: | |
| | :: | |

**THIS** matter, having been opened to the Court by Charles Alvarez, Esq., attorneys for defendant Michael Linares, requesting an Order modifying the conditions of his release from home incarceration with location monitoring to home detention, with location monitoring.

**IT IS** on this 16th  day of  July         , 2020;

**ORDERED** that the conditions of Defendant's release are modified to home detention with location monitoring.  All other conditions will remain in place.

_____s/Douglas E. Arpert_____
HON. Douglas E. Arpert, U.S.M.J.

Consented to by


_____
Martha Nye, AUSA


_____
Charles Alvarez, Esq.