UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| v. | : | Crim. No. 21-144 (RK) |
| MICHAEL LINARES | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States (by Matthew J. Belgiovine, Assistant United States Attorney) for an order pursuant to Title 18, United States Code, Section 3143 and Rule 32.1 of the Federal Rules of Criminal Procedure to detain the defendant in the above-entitled matter; and Defendant Michael Linares (by Saverio Viggiano, Assistant Federal Public Defender) having opposed the motion; and the Court having heard argument on February 6, 2026; and for good cause shown,

IT IS, therefore, on this 6th day of February, 2026,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that Defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to Defendant's right to seek release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE