UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | Crim. No. 21-144 (RK) |
| | : | |
| MICHAEL LINARES | : | **<u>DETENTION ORDER</u>** |

This matter having been opened to the Court on motion of the United States (by Matthew J. Belgiovine, Assistant United States Attorney) for an order pursuant to Title 18, United States Code, Section 3143 and Rule 32.1 of the Federal Rules of Criminal Procedure to detain the defendant in the above-entitled matter; and Defendant Michael Linares (by Saverio Viggiano, Assistant Federal Public Defender) having opposed the motion; and the Court having heard argument on March 12, 2026; and the Court resolving to permit Mr. Linares's participation, as a condition of his release pending further proceedings in this matter, in an inpatient treatment program (the "Inpatient Provider"); and for good cause shown,

IT IS, therefore, on this 13th day of March, 2026,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that Defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative pending the defense's and/or Probation's efforts to ensure Mr. Linares's placement at and transportation to the Inpatient Provider, on or about Monday, March 16, 2026; and it is further

ORDERED that Mr. Linares shall be released from detention on or about Monday, March 16, 2026 following the defense's and/or Probation's efforts to ensure Mr. Linares's placement at and transportation to the Inpatient Provider, and he shall proceed directly to the Inpatient Provider at that time; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED, that the Court will hold a status conference call on April 7, 2026, at 2:00pm to discuss Mr. Linares's conditions of release.  Participants are directed to dial 855-244-8681, Access Code 2300 799 9527 #.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

2